UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN CRONKHITE, M.D., )<br>   Plaintiff, )<br>          )<br> vs. )<br>          )<br>UNITY PHYSICIAN GROUP, P.C., )<br>   Defendant. ) | 1:05-cv-1577-SEB-JMS |

**JUDGMENT ENTRY**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff. Each party shall bear its own costs. IT IS SO ORDERED.

Date: ___03/30/2007_____

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Carolyn Ann Clay
HASKIN LAUTER LARUE & GIBBONS
cclay@hlllaw.com

Kenneth E. Lauter
HASKIN LAUTER LARUE & GIBBONS
klauter@hlllaw.com

Stephen W. Lyman
HALL RENDER KILLIAN HEATH & LYMAN
slyman@hallrender.com

Dana Eugene Stutzman
HALL RENDER KILLIAN HEATH & LYMAN
dstutzman@hallrender.com